IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Eric Lindberg,<br><br>    Plaintiff,<br><br>vs.<br><br>ERS Constructors, a division of<br>TIC - The Industrial Company,<br>a Delaware corporation,<br><br>    Defendant. | **Civil No. 1:06-cv-082**<br><br>**AMENDED SCHEDULING/<br>DISCOVERY PLAN** |

  The Scheduling/Discovery Plan approved by the Court on December 20, 2006 is modified as follows:

  4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by 10/15/07.

    b. Defendant shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by 11/15/07.

  (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

  5. The parties shall have until 01/01/08 to complete discovery depositions of expert witnesses.

1

Dated this 25th day of July, 2007.

        MARING WILLIAMS LAW OFFICE, P.C.


        By:  /s/ David S. Maring
          David S. Maring (ID 03175)
          400 East Broadway, Suite 307
          P. O. Box 795
          Bismarck, ND 58502-0795
          (701) 224-0430
          dmaring@maringlaw.com
          ATTORNEYS FOR PLAINTIFF


Dated this 25th day of July, 2007.

        VOGEL LAW FIRM


        By:  /s/ Brenda L. Blazer
          Brenda L. Blazer (ID 04155)
          200 North 3rd Street, Suite 201
          U.S. Bank Building
          200 North Third Street, Suite 201
          P.O. Box 2097
          Bismarck, ND  58502-2097
          (701) 258-7899
          bblazer@vogellaw.com
          ATTORNEYS FOR DEFENDANT

## **ORDER**

IT IS SO ORDERED.

Dated: July 27, 2007_____

                                          /s/  Charles S. Miller, Jr._____
                                          Charles S. Miller, Jr.
                                          United States Magistrate Judge