**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Eric Lindberg, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| ERS Constructors, a division of | ) | Case No. 1:06-cv-082 |
| TIC - The Industrial Company, | ) | |
| A Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is a "Stipulation for Dismissal" filed on April 29, 2008.  See Docket No. 12.  The parties have stipulated that the above-entitled action be dismissed with prejudice and without costs or disbursements to any party.  In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court **ADOPTS** the parties' stipulation in its entirety.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court